THE PEOPLE OF THE STATE OF NEW YORK v. NATHAN D. HALE.— Motion
to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Page,
Shearn and Merrell, JJ.